**No. 42926.**—Protest 899758–G (B) of W. X. Huber Co. (Los Angeles).

Opinion by CLINE, J. It was found from the evidence that the immediate containers of the fittings were legally marked. On the authority of *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) the protest was sustained.

**No. 42927.**—Protest 996388–G of Armenian Importing Co. (New York).

Opinion by CLINE, J. This protest was submitted without evidence in support of the claims made. On the record presented it was overruled.

**No. 42928.**—Protests 987216–G, etc., of Austin, Nichols & Co., Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42929.**—Protests 2943–K, etc., of R. L. Albert & Son, Inc., et al. (New York)·

Opinion by EVANS, J. On the record presented cheese sticks were held dutiable at 20 percent under paragraph 1558 as claimed.

BEFORE THE FIRST DIVISION, DECEMBER 29, 1939

**No. 42930.**—Protest 720764–G of Langfelder, Homma & Hayward, Inc. (Philadelphia).

Opinion by TILSON, J. It was stipulated that certain items consist of inflated rubber balls similar to those the subject of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) and Abstract 41517. Certain items were therefore held dutiable at 25 percent under paragraph 1537 (b) and others at 30 percent under paragraph 1502.

BEFORE THE SECOND DIVISION, DECEMBER 29, 1939

**No. 42931.**—Protest 541520–G of Mallouk Bros. (New York).

Opinion by TILSON, J. It was established that certain items consist of Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim as to these at 75 percent under paragraph 1430 was sustained.